# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAY MEDINA,<br><br>    Plaintiff,<br><br>    v.<br><br>J. CLARK KELSO, et al.,<br><br>    Defendants. | Case No. 1:12-cv-1685-AWI-MJS (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS DENYING PLAINTIFF'S MOTION FOR INJUNCTIVE RELIEF<br><br>ECF No. 21 |

    Plaintiff Ray Medina ("Plaintiff"), a California state prisoner, filed this civil rights action pursuant to 42 U.S.C. § 1983 on October 15, 2012. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

    On August 15, 2013, the Magistrate Judge filed a Findings and Recommendations, recommending that Plaintiff's motion for injunctive relief be denied. (ECF No. 21.) Plaintiff has filed objections. (ECF No. 22.)

///

///

///

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(c) and Local Rule 304, this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed August 15, 2013, are adopted in full; and

2. Plaintiff's motion for injunctive relief (ECF No. 9) is DENIED.

IT IS SO ORDERED.

Dated: September 27, 2013

_____
SENIOR DISTRICT JUDGE

2