# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAY MEDINA, | Case No.  1:12-cv-01685-AWI-MJS |
| Plaintiff, | VOLUNTARY DISMISSAL OF ACTION |
| v. | (ECF No. 26) |
| J. CLARK KELSO, et al., | CLERK SHALL CLOSE CASE |
| Defendants. | |

Plaintiff Ray Medina ("Plaintiff"), a state prisoner, filed this civil rights action pursuant to 42 U.S.C. § 1983 on October 15, 2012.  (ECF No. 1.)  On December 19, 2013, Plaintiff filed a notice asking that his Complaint be dismissed.  (ECF No. 26.)

Under Fed. R. Civ. P. 41(a)(1)(A), a plaintiff may dismiss an action without a court order by filing a notice of dismissal.

Accordingly, pursuant to Fed. R. Civ. P. 41, this action is hereby DISMISSED without prejudice.

The Clerk shall CLOSE this case.

IT IS SO ORDERED.


Dated:     December 23, 2013          /s/ *Michael J. Seng*

UNITED STATES MAGISTRATE JUDGE

1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28